PAUL KUHNE, Appellant, v COHEN & SLAMOWITZ, LLP, et al., Respondents.

Decided March 25, 2010

Pursuant to the March 4, 2010 order of the United States Court of Appeals for the Second Circuit withdrawing its certification of questions accepted by the Court of Appeals on September 22, 2009, certified questions marked withdrawn.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

JAMES D. LEE, Respondent, v ASTORIA GENERATING COMPANY, L.P., et al., Appellants/Third-Party Plaintiffs-Appellants. ELLIOTT TURBOMACHINERY CO., INC., et al., Third-Party Defendants-Appellants.

Submitted January 19, 2010; decided March 25, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 382 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE CAIN, Appellant.

Submitted February 22, 2010; decided March 25, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.